

**IN THE COURT OF CRIMINAL APPEALS
OF TEXAS**

**NO. WR-77,940-03**

**EX PARTE TOMAS RAUL GALLO, Applicant**

**ON APPLICATION FOR POST-CONVICTION WRIT OF HABEAS CORPUS IN
CAUSE NO. 940093-C IN THE 182ND JUDICIAL DISTRICT COURT
HARRIS COUNTY**

*Per curiam.*

**O R D E R**

In February 2004, a jury found Applicant guilty of the offense of capital murder.

*See* TEX. PENAL CODE § 19.03(a). Based on the jury's answers to the statutory

punishment questions set out in Texas Code of Criminal Procedure Article 37.071, the

trial court sentenced Applicant to death.[1] This Court affirmed Applicant's conviction and

sentence on direct appeal. *Gallo v. State*, 239 S.W.3d 757 (Tex. Crim. App. 2007). We

denied relief on Applicant's initial post-conviction application for a writ of habeas

---

[1] Unless otherwise indicated, all references in this order to Articles refer to the Texas
Code of Criminal Procedure.

corpus. *Ex parte Gallo*, No. WR-77,940-01 (Tex. Crim. App. Jan. 9, 2013) (not designated for publication). We also dismissed without prejudice Applicant's first subsequent application for a writ of habeas corpus. *Ex parte Gallo*, 448 S.W.3d 1, 6 (Tex. Crim. App. 2014).

On November 7, 2016, Applicant filed his second subsequent application for a writ of habeas corpus. After reviewing the application, this Court determined that two of the claims raised met the dictates of Article 11.071 § 5, and we remanded the claims to the trial court for a review on the merits. *Ex parte Gallo*, No. WR-77,940-03 (Tex. Crim. App. Feb. 8, 2017) (not designated for publication).

It has been nearly four years since we remanded the application to the trial court. Accordingly, we order the trial court to resolve any remaining issues in the case within 60 days from the date of this order. The clerk shall then immediately transmit the complete writ record to this Court. Any extensions of time shall be requested by the trial judge, or on his or her behalf, and obtained from this Court.

IT IS SO ORDERED THIS THE 13TH DAY OF JANUARY, 2021.

Do Not Publish